# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WIMBERLY,                )  | |
|                                 ) | |
|         Plaintiff,              ) | 2:11-cv-1088-GMN-CWH |
|                                 ) | |
| vs.                             ) | **ORDER** |
|                                 ) | |
| SOCIAL SECURITY OF NEVADA,      ) | |
|                                 ) | |
|         Defendant.              ) | |

Plaintiff submitted an Application to Proceed *in Forma Pauperis* (#1) and a Complaint on July 1, 2011. Plaintiff is proceeding in this action *pro se* and requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. The Court denied Plaintiff's application for lack of indigency on January 17, 2012 (Dkt. No. 3) and ordered Plaintiff to pay the filing fee of $350.00 within thirty days.

Complying with the Court's order, Plaintiff tendered the filing fee to commence this action on February 7, 2012.

Accordingly,

**IT IS ORDERED** that the Clerk of the Court shall file the Complaint. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the Complaint must be accomplished within one hundred twenty (120) days from the date that the Complaint was filed.

**IT IS FURTHER ORDERED** that henceforth, Plaintiff shall serve upon defendants or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge or the Clerk which fails to include a certificate of service.

1 Dated this 1st day of March, 2012.

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE