**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE WIMBERLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:11-cv-01088-GMN-CWH |
| ) | |
| SOCIAL SECURITY OF NEVADA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m),

**IT IS THEREFORE ORDERED** that the action is hereby dismissed without prejudice as to defendant Social Security of Nevada.

**DATED** this 10th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge